UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE, : CIVIL ACTION NO. 3:13-CV-1326
　　　　Plaintiff :
: (JUDGE NEALON)
　　v. : (MAGISTRATE JUDGE BLEWITT)
:
LUZERNE COUNTY CORRECTIONAL :
FACILITY, ET AL., :
:
　　　　Defendants :

**FILED**
**SCRANTON**
JUL 3 0 2013
PER ᴴ
　　　DEPUTY CLERK

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 10), is **ADOPTED** as stated in the Memorandum:

   A. Defendant LCCF is **DISMISSED with prejudice;**

   B. The remaining Defendants are **DISMISSED without prejudice;**

   C. Plaintiff is **DIRECTED** to file an amended complaint as to his denial of access to courts claim within twenty (20) days of the date of this Order or the case will be dismissed;

2. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 4), is **GRANTED;**

3. Plaintiff's motions to appoint counsel, (Docs. 11-12), are **DENIED without prejudice;**

4. This matter is **REMANDED** to Magistrate Judge Blewitt for further proceedings.

　　　　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　　　　United States District Judge